

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00158-CV

Sandy **SCHINZEL**,
Appellant

v.

Charles G. **TATE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV000835
Honorable Jason Wolff, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 3, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle, Clerk